PROB 12B
(7/93)

Report Date: August 17, 2007

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 2 0 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Eric Jason Martin          Case Number: 2:04CR00098-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush

Date of Original Sentence: 10/08/2004          Type of Supervision: Supervised Release

Original Offense: Importation of 100 Kilograms or More of Marijuana, 21 U.S.C. § 952 ; Possession with Intent to Distribute 100 Kilograms or More of Marijuana, 21 U.S.C. § 960

Date Supervision Commenced: 09/05/2007

Original Sentence: Prison - 46 Months; TSR - 48 Months

Date Supervision Expires: 09/04/2011

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17   You shall reside in a residential reentry center for a period of up to 180 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

### CAUSE

Eric Martin's father contacted our office July 26, 2007, requesting assistance in providing his son with housing. As a result, on August 3, 2007, this officer contacted the offender at the Bureau of Prisons (BOP), Sheridan Federal Correctional Institution in Sheridan, Oregon. He indicated that he wanted to either reside with his father, Dean Martin, in Scappoose, Oregon, or reside at the Residential Reentry Center (RCC) in Portland, Oregon. On August 7, 2007, the offender signed the "Waiver of Hearing to Modify Conditions of Supervised Release," to reside at a RRC for up to a 180-day placement as a condition of his supervision.

Eric Martin advised this officer that his father is quite ill and wants to repair their relationship. As a result, this officer contacted U.S. Probation in the District of Oregon, to request that they conduct a relocation investigation. The U.S. Probation Office in Portland called this officer on August 16, 2007, indicating that the offender's father could not have his son reside with him because it would effect his housing status. The District of Oregon subsequently agreed to the transfer of supervision/jurisdiction, as well as to this modification to house Mr. Eric Martin at the BOP RCC in Portland. If the Court concurs with this plan, this officer has attached the probation form

Prob 12B
Re: Martin, Eric Jason
August 17, 2007
Page 2

22, "Transfer of Jurisdiction" documents, for the Court's consideration. This will allow the offender to spend time with his ailing father. It will also provide him the opportunity to live in a clean and sober environment and seek employment/housing, upon his release from imprisonment on September 5, 2007.

Respectfully submitted,

by _____
U.S. Probation Officer
Date: August 17, 2007

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

8/20/07
Date